# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

[Stamp: FEB - 1 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 2/1/08]

February 1, 2008

**VIA FACSIMILE**

Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

> Re:  Lawrence A. Kaplan v. Beth Israel Medical Center
> Docket No.: 07 CV 8842 (RPP)(DFE)
> Our File No.: 08986.00006

Dear Judge Patterson:

This firm represents defendant, Beth Israel Medical Center in the above captioned matter. We respectfully request an extension of time in which to serve our response, which was originally scheduled to be served by February 11, 2008, until March 6, 2008. This is our first such request. Plaintiff pro se has fully consented to this extension of time.

Accordingly, defendant respectfully requests that this Court extend defendant's time to respond until March 6, 2008.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Shivani Soni*

Application Granted
So Ordered
Robert P. Patterson
USDJ
2/1/08

3110591.1

File No.:
Page 2

cc:  Magistrate Judge Douglas F. Eaton (via facsimile)
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1360
New York, NY 10007
(212) 805-6181

Lawrence Alan Kaplan
Plaintiff Pro Se (via email delivery and overnight mail)
222 Riverside Drive
#2E
New York, New York 10025
lawrenceakaplan@earthlink.com

3110591.1