UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
LAWRENCE A. KAPLAN,　　　　　　　　　　:　　DOCKET NO.
　　　　　　　　　　　　　　　　　　　　　　:　　07 CV 8842 (RPP)(DFE)
　　　　　　　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　- against -　　　　　　　　　　:　　**RULE 7.1 STATEMENT**
　　　　　　　　　　　　　　　　　　　　　　:
BETH ISRAEL MEDICAL CENTER,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　　　:
-------------------------------------------------------------- x

　　　　Pursuant to Rule 7.1 [formerly Rule 1.9] of the local rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned counsel for **BETH ISRAEL MEDICAL CENTER** certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

**Dated:**　　New York, New York
　　　　　　March 6, 2008

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**WILSON, ELSER, MOSKOWITZ,**
　　　　　　　　　　　　　　　　　　　　　　**EDELMAN & DICKER LLP**

　　　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　**Ricki E. Roer (RER 9393)**
　　　　　　　　　　　　　　　　**Shivani Soni (SS 0870)**
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　**Beth Israel Medical Center**
　　　　　　　　　　　　　　　　150 East 42nd Street
　　　　　　　　　　　　　　　　New York, NY 10017-5639
　　　　　　　　　　　　　　　　(212) 490-3000
　　　　　　　　　　　　　　　　File No. 08986.00006

TO:　　Lawrence A. Kaplan
　　　　**Plaintiff Pro Se**
　　　　222 Riverside Drive
　　　　Apartment #2E
　　　　New York, New York  10025

3137362.1