## CERTIFICATE OF SERVICE

I, EVELYN CORE attest to penalty of perjury hereby certify that on February 29, 2008, I served a true and correct copy of the *RULE 7.1 STATEMENT* on the following:

### VIA OVERNIGHT MAIL

**Lawrence Alan Kaplan**
**Pro Se Plaintiff**
**222 Riverside Drive - #2E**
**New York, New York  10025**

_____
EVELYN CORE

3138174.1