UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x DOCKET NO.: 07 CV 8842 (RPP)(DFE)

LAWRENCE A. KAPLAN,

        Plaintiff,

- against -                          **NOTICE OF APPEARANCE**

BETH ISRAEL MEDICAL CENTER,

        Defendant.
--------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that the above named defendant, **BETH ISRAEL MEDICAL CENTER,** hereby appear(s) in the above entitled action, and that the undersigned has been retained as attorneys for said defendant. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

        Ricki E. Roer [RER-9393]
        **WILSON, ELSER, MOSKOWITZ,**
        **EDELMAN& DICKER LLP**
        150 East 42nd Street
        New York City, New York 10017
        Telephone: (212) 490-3000
        Facsimile: (212) 490-3038

Dated:    New York, New York
            February 29, 2008

                                    Respectfully submitted,

                                    **WILSON, ELSER, MOSKOWITZ,**
                                    **EDELMAN & DICKER LLP**

                          By:_____
                              Ricki E. Roer [RER-9393]
                              Attorneys for All Defendants
                              150 East 42nd Street
                              New York, New York 10017
                              (212) 490-3000
                              Our File No.: 08986.00006

3137411.1

To:   Lawrence Alan Kaplan
      **Pro Se Plaintiff**
      222 Riverside Drive - #2E
      New York, New York 10025

3137411.1