UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x  DOCKET NO.: 07 CV 8842 (RPP)(DFE)
LAWRENCE A. KAPLAN,

              **Plaintiff,**

        - against -                           <u>NOTICE OF APPEARANCE</u>

BETH ISRAEL MEDICAL CENTER,

              **Defendant.**
-------------------------------------------------------------- x

    **PLEASE TAKE NOTICE,** that the above named defendant, **BETH ISRAEL MEDICAL CENTER,** hereby appear(s) in the above entitled action, and that the undersigned has been retained as attorneys for said defendant. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

> Nancy V. Wright [NVW-7834]
> **WILSON, ELSER, MOSKOWITZ,**
> **EDELMAN& DICKER LLP**
> 150 East 42nd Street
> New York City, New York 10017
> Telephone: (212) 490-3000
> Facsimile: (212) 490-3038

Dated:    New York, New York
            February 29, 2008

                                                      Respectfully submitted,

                                                      **WILSON, ELSER, MOSKOWITZ,**
                                                      **EDELMAN & DICKER LLP**
                                        By: _/s/ Nancy V. Wright_____
                                          Nancy V. Wright [NVW-7834]
                                          Attorneys for All Defendants
                                          150 East 42nd Street
                                          New York, New York 10017
                                          (212) 490-3000
                                          Our File No.: 08986.00006

3138162.1

To: Lawrence Alan Kaplan
**Pro Se Plaintiff**
222 Riverside Drive - #2E
New York, New York 10025

3138162.1