## CERTIFICATE OF SERVICE

I, EVELYN CORE attest to penalty of perjury hereby certify that on February 29, 2008, I served a true and correct copy of the annexed **THREE (3) NOTICES OF APPEARANCE FOR RICKI E. ROER (RER-9393), NANCY V. WRIGHT (NVW-7834) AND SHIVANI SONI (SS-0870)** on the following:

**VIA OVERNIGHT MAIL**

Lawrence Alan Kaplan
Pro Se Plaintiff
222 Riverside Drive - #2E
New York, New York  10025

_____
EVELYN CORE

3138174.2