# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com



MAY - 2
CHAMBERS
JUDGE ROBERT

May 1, 2008

**VIA FACSIMILE**

Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re:  Lawrence A. Kaplan v. Beth Israel Medical Center
     Docket No.: 07 CV 8842 (RPP)(DFE)
     Our File No.: 08986.00006

Dear Judge Patterson:

This firm represents defendant, Beth Israel Medical Center in the above captioned matter. As per the Court's request, we write to set forth the discovery schedule as discussed with the Court during the initial conference in the referenced matter held yesterday, April 30, 2008. The parties respectfully propose the discovery schedule as follows:

- Fact discovery completion date August 31, 2008.

- Proposed date for filing dispositive motions September 30, 2008.

- Proposed date for pre-trial order (in the event that no motion for summary judgment made) October 6, 2008.

Thank you for your consideration of this proposed discovery schedule.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Shivani Soni

application granted
So ordered
Robert P Patterson
USDJ
5/2/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

3215569.1

File No.: 08986.00006
Page 2

cc: Magistrate Judge Douglas F. Eaton (via facsimile)
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1360
New York, NY 10007
(212) 805-6181

Lawrence Alan Kaplan
Plaintiff Pro Se (via email delivery and overnight mail)
222 Riverside Drive
#2E
New York, New York 10025
lawrenceakaplan@earthlink.com

3215569.1