# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000  Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

June 25, 2008



MEMO ENDORSED

**VIA ECF**

Honorable Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

    Re:    Lawrence A. Kaplan v. Beth Israel Medical Center
            Docket No.: 07 CV 8842 (RPP)(DFE)
            Our File No.: 08986.00006

Dear Judge Patterson:

    This firm represents defendant, Beth Israel Medical Center in the above captioned matter. We write to request an extension of time to complete discovery in this matter until October 15, 2008. Fact discovery is scheduled to be completed by August 31, 2008. This is the defendant's first such request and the plaintiff pro se consents to this request. Defendant makes this request because plaintiff pro se has advised that he will be out of the country from June 29, 2008 until August 24, 2008. Although some discovery has been exchanged between the parties, plaintiff's deposition will not go forward until his return from vacation on August 24, 2008. Accordingly, we propose that the scheduling order be amended as follows:

- Fact discovery completion date October 15, 2008.

- Proposed date for filing dispositive motions November 18, 2008.

- Proposed date for pre-trial order (in the event that no motion for summary judgment made) December 2, 2008.

*Application granted
So ordered*
[signature] USDJ
7/25/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

3273936.1

File No.: 08986.00006
Page 2


Thank you for your consideration of this request.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Shivani Soni


cc: Magistrate Judge Douglas F. Eaton (via ECF)
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1360
New York, NY 10007
(212) 805-6181

Lawrence Alan Kaplan
Plaintiff Pro Se (via email delivery and regular mail)
222 Riverside Drive
#2E
New York, New York 10025
lawrenceakaplan@earthlink.com

3273936.1

Soni, Shivani

From: NYSD_ECF_Pool@nysd.uscourts.gov
Sent: Wednesday, June 25, 2008 1:07 PM
To: deadmail@nysd.uscourts.gov
Subject: Activity in Case 1:07-cv-08842-RPP Kaplan v. Beth Israel Medical Center Note to Attorney Regarding the Filing of Letters - Error

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### United States District Court for the Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/25/2008 at 1:07 PM EDT and filed on 6/25/2008
**Case Name:** Kaplan v. Beth Israel Medical Center
**Case Number:** 1:07-cv-8842
**Filer:**
**Document Number:** No document attached

Docket Text:
***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. [9] HAS BEEN REJECTED. Note to Attorney Shivani Soni : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a judge. (jar)

1:07-cv-8842 Notice has been electronically mailed to:

Ricki E. Roer roerr@wemed.com

Shivani Soni Shivani.Soni@wilsonelser.com

1:07-cv-8842 Notice has been delivered by other means to:

Lawrence A. Kaplan
222 Riverside Drive
# 2E
New York, NY 10025

6/25/2008